IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE ANN QUICK,<br><br>Defendant. | Case No. 3:22-cr-11-03<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  January 11, 2023

                                        MAC SCHNEIDER
                                        United States Attorney

By:    */s/ Christopher C. Myers*
         CHRISTOPHER C. MYERS
         Assistant United States Attorney
         ND Bar ID 05317
         655 First Avenue North, Suite 250
         Fargo, ND  58102-4932
         (701) 297-7400
         chris.c.myers@usdoj.gov
         Attorney for United States