REC'D USMS-FARGO, ND
'23 JAN 10 AM11:39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELANIE ANN QUICK<br><br>    Defendant. | Case No. 3:22-cr-00011-03<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:   MELANIE ANN QUICK
Detained at (custodian) Minnesota Correctional Facility, Shakopee, MN
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on January 18, 2023, at 11:00 a.m., for the purpose of sentencing.

Attorney Signature:                             /s/ *CHRISTOPHER C. MYERS*
Printed Name and Telephone Number:   CHRISTOPHER C. MYERS, 701-297-7400
Dated: January 10, 2023                        Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated:  1/10/2023

/s/ *Alice R. Senechal*
Magistrate Judge Alice R. Senechal
United States District Court

**RETURN OF SERVICE**

1/11/2023        By: C. Johnson (SDUSM)            [signature]
Date Executed         Printed Name                  Signature